UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 2:06-mj-270 KJM

LEWIS FRENCH

ORDER TO PAY

**FILED**
NOV 16 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

SOCIAL SECURITY #: 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
DATE OF BIRTH: 7-15-76
DRIVER'S LICENSE #:
ADDRESS: 390 Jacaranda Circle
Fairfield   CA   94533
City        STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 11-16-06

_____
DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(X) Fine: $ 450   and a penalty assessment of $ 10   for a TOTAL
AMOUNT OF: $ 460   within 1 yr days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full. 1st installment due within 30 days
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
   completed by _____

(X) 1 YEAR COURT PROBATION
(X) DO NOT COMMIT CRIME; (X) NOTIFY U.S. OF ANY CHANGE OF ADDRESS; 10 DAYS PRIOR
(X) NOTIFY US OF ANY ARREST W/IN 72 HOURS

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CLERK, USDC
CENTRAL VIOLATIONS BUREAU
POST OFFICE BOX 105650
ATLANTA, GA 30348-5650

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

(CLERK, USDC
650 CAPITOL MALL, RM 2546
SACRAMENTO, CA 95814)

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: 11-16-06

_____KJM_____
U. S. MAGISTRATE JUDGE

Clerk's Office