```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  CAELY E. FALLINI
    Certified Law Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 06-270-KJM |
| ) | |
| Plaintiff, ) | GOVERNMENT'S PROBATION |
| ) | REVOCATION PETITION, |
| ) | NOTICE OF HEARING, AND |
| v. ) | ORDER |
| ) | |
| LEWIS FRENCH, ) | DATE: August 23, 2007 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kimberly J. Mueller |
| _____) | |

    On November 16, 2006, the defendant, LEWIS FRENCH, pled guilty to Count One of an information, charging him with unlawfully driving a vehicle when the privilege was suspended and revoked for failure to appear, in violation of Title 18, United States Code, Section 13 and California Vehicle Code, Section 14601.1(a). The defendant, among other things, was given the following sentence, by United States Magistrate Judge Kimberly J. Mueller:

    1.    Pay a four hundred fifty ($450) dollar fine, due within twelve (12) months of judgment and sentencing, with the first installment due within thirty (30) days, as well as the mandatory ten

1

1 ($10) dollar special assessment.
2. A term of court probation of one (1) year, with all standard conditions of probation.

The United States alleges that the defendant has violated these conditions as follows:

1. The defendant has not made any payments, specifically he failed to make a payment within thirty (30) days of being sentenced.

The United States therefore petitions the Court to place this matter on its calendar for 10:00 a.m. on August 23, 2007, to allow the defendant to show cause why the probation granted on November 16, 2006, should not be revoked.

DATED: July 19, 2007                    Respectfully submitted,

                                        MCGREGOR W. SCOTT
                                        United States Attorney


                                   By:  /S/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney

                                 ORDER

It is Hereby Ordered that the defendant appear on August 23, 2007, at 10:00 a.m., to show cause why the probation granted on November 16, 2006, should not be revoked.

IT IS SO ORDERED.

Dated: July 25, 2007.

_____
U.S. MAGISTRATE JUDGE

2