1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  CAELY E. FALLINI
   Certified Student, Misdemeanor Unit
4  501 "I" Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2807

6

7
            IN THE UNITED STATES DISTRICT COURT FOR THE
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,    )   Mag. No. S-06-270 KJM
11                              )
           Plaintiff,           )   AMENDED STIPULATION AND ORDER
12                              )
      v.                        )
13                              )   DATE: August 30, 2007
   LEWIS FRENCH,                )   TIME: 10:00 a.m.
14                              )   JUDGE: Hon. Kimberly J. Mueller
           Defendant.           )
15 _____)

16      IT IS HEREBY STIPULATED and agreed to between the United

17 States of America through MATTHEW C. STEGMAN, Assistant United

18 States Attorney, and defendant, LEWIS FRENCH, by and through his

19 counsel, JOHN MANNING, Attorney at Law, that the defendant's

20 probation revocation hearing be rescheduled from August 30, 2007,

21 to September 13, 2007, at 10:00 a.m.  The Government is requesting

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                 1

1 this continuance, because the Prosecutor underestimated the amount
2 of time it would take for a certified mail receipt to be returned
3 to the U.S. Attorney's Office.
4 DATED: August 28, 2007.

                                             McGREGOR W. SCOTT
                                             United States Attorney

                                    By: /S/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney

9 DATED:  August 28, 2007.

                                    By: /S/ Kyle Reardon for:
                                        JOHN MANNING
                                        Attorney at Law

                                          ORDER

IT IS SO ORDERED:
DATED:  August 29, 2007.

_____
U.S. MAGISTRATE JUDGE

2